**NIDA & ROMYN, P.C.**
Robert Nida
1900 Avenue of the Stars, Suite 650
Los Angeles, CA  90067
Telephone:  (310) 286-3400
E-Mail:  rnida@nidaromyn.com

**BUCHALTER, P.C.**
Jeffrey K. Garfinkle
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone:  (949) 760-1121
E-Mail:  jgarfinkle@buchalter.com

*Counsel for Tutor Perini Building Corp.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GEORGE WASHINGTON BRIDGE BUS STATION DEVELOPMENT VENTURE, LLC,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 19-13196 SCC |
| Tutor Perini Building Corporation,<br><br>                  Appellant,<br><br>                  -v-<br><br>George Washington Bridge Bus Station Development Venture LLC, *et al.*<br><br>                  Appellees | Case No. 20-cv-7433 (JSR) |

BN 43798894v1

2

# ORDER FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

The motion of Jeffrey Garfinkle, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Jeffrey Garfinkle
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182
E-Mail:  jgarfinkle@buchalter.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Tutor Perini Building Corp. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  02/08/21

_____
Jed S. Rakoff, U.S.D.J.